William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
501Fifth Avenue, 15th Floor
New York, New York 10017
(Phone) (212) 286-1425; (Fax) (646) 688-3078

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHREAL DOUGLAS, ERIC DUPREE, JOE SMITH,         :
SHAHEEM JONES, and MICHAEL BAUTISTA,            :
Individually and on Behalf                      :    ECF
of All Other Persons Similarly Situated,        :    15 Civ. 5126 (ALC)
                                                :
              Plaintiffs,                       :
                                                :
       -against-                                :
                                                :
SPARTAN DEMOLITION COMPANY LLC,                 :
MARC ALLEYNE, A.J.S. PROJECT MANAGEMENT,        :
INC., AJS CONSTRUCTION & RENOVATION INC.,       :
 and JOHN DOES #1-10,                           :
                                                :
              Defendants.                       :
------------------------------------------------------------------------X

## REQUEST FOR CERTIFICATE OF DEFAULT

      Please enter default against Defendants SPARTAN DEMOLITION COMPANY LLC and MARC ALLEYNE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Plaintiff's Counsel, William C. Rand.

                                                 s/William C. Rand
Dated: June 3, 2016            By: _____
                                          William C. Rand, Esq.
                                          501 Fifth Ave., 15th Floor
                                          New York, New York 10017
                                          (Phone) 212-286-1425
                                          (Email) wcrand@wcrand.com
                                            Attorney for Plaintiffs