USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHREAL DOUGLAS, ERIC DUPREE et al.

          Plaintiff(s),

  - against -

SPARTAN DEMOLITION COMPANY LLC et al

          Defendant(s),
------------------------------------------------------------X

15 Civ. 5126 (AC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 6/30/2015 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) SPARTAN DEMOLITION COMPANY LLC by personally serving Nancy Dougherty of the New York Secretary of State, and proof of service was therefore filed on 10/9/15, Doc. #(s) 11.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

    June 7, 2016

                                                 RUBY J. KRAJICK
                                               Clerk of Court

                                      By: _____
                                                Deputy Clerk